IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE No. 12-60056-CIV-MOORE

| | |
|---|---|
| In re: | Bankr. Case No. 06-12420-BKC-JKO |
| | Chapter 7 |
| JAMES P. DRISCOLL, | |
| Debtor. | |
| _____/ | |

THEODORE B. GOULD, as General Partner on Behalf of
MIAMI CENTER LIMITED PARTNERSHIP,

      Appellant,

v.

ROBERT C. FURR, as Successor Trustee to the Estate of
JAMES P. DRISCOLL,

      Appellee.
_____/

## APPELLANT'S NOTICE OF PENDING, REFILED, RELATED OR SIMILAR ACTIONS

      Appellant hereby files this Notice of Pending, Refiled, Related or Similar Actions in accordance with Local Rule 3.8. The following case has been docketed in the United States District Court for the Southern District of Florida and arises from the same bankruptcy proceeding: *Gould v. Furr*, Case No. 12-61321-CIV-MOORE.

Dated: July 13, 2012
      Miami, Florida

LALCHANDANI SIMON PL

By:    /s/ Danny Simon
Danny Simon (Bar No.: 0016244)
danny@lalchandanisimon.com
Kubs Lalchandani (Bar No.: 63966)
kubs@lalchandanisimon.com
990 Biscayne Boulevard, Office 503
Miami, Florida 33132
Tel:   (305) 999-5291
Fax:   (305) 671-9282

1

-and-

COHEN & GRESSER LLP
Donald M. Badaczewski
dbadaczewski@cohengresser.com
800 Third Avenue, 21st Floor
New York, New York 10022
Tel:     (212) 957-7600
Fax:    (212) 957-4514

*Attorneys for Appellant Theodore B. Gould as General Partner on behalf of Miami Center Limited Partnership*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the APPELLANT'S NOTICE OF PENDING, REFILED, RELATED OR SIMILAR ACTIONS was served on the appellee listed below via the Court's CM/ECF electronic filing and First Class U.S. Mail on July 13, 2012.

                                /s/ Danny Simon
                                Danny Simon

Robert C. Furr, in his capacity as        FURR & COHEN, P.A.
Chapter 7 Trustee:                            Marc P. Barmat
                                                        mbarmat@furrcohen.com
                                                        One Boca Place, Suite 337 West
                                                        2255 Glades Road
                                                        Boca Raton, Florida 33431
                                                        Tel:    561.395.0500
                                                        Fax:   561.338.7532

Liberty Mutual Insurance Company       MILLS PASKERT DIVERS
                                                        Ali Adams Campbell
                                                        aadamscampbell@mpdlegal.com
                                                        100 N. Tampa Street, Suite 3700
                                                        Tampa, FL  33602
                                                        Tel:    813.229.3500
                                                         Fax:   813.229.3502