IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE No. 12-60056-CIV-MOORE

In re:                                                 Bankr. Case No. 06-12420-BKC-JKO
                                                          Chapter 7

JAMES P. DRISCOLL,

        Debtor.
_____/

THEODORE B. GOULD, as General Partner on Behalf of
MIAMI CENTER LIMITED PARTNERSHIP,

        Appellant,

v.

ROBERT C. FURR, as Successor Trustee to the Estate of
JAMES P. DRISCOLL,

        Appellee.
_____/

## APPELLANT'S NOTICE OF NINETY DAYS EXPIRING

Pursuant to Local Rule 7.1(b)(4), Appellant hereby submits this Notice of Ninety Days Expiring with Respect to following pending, fully-briefed appeal:

Appellant's BRIEF, Dkt. No. 7, Filed and Served January 25, 2012.

The following opposing memorandum has been filed:

Appellee's BRIEF, Dkt. No. 11, Filed and Served February 8, 2012.

Appellee's BRIEF, Dkt. No. 12, Filed and Served February 8, 2012.

The following reply memorandum was filed:

Appellant's REPLY BRIEF, Dkt. No. 16, filed and served February 15, 2012.

No hearing has been scheduled or held on this matter.

1

|  |  |
|---|---|
| Dated: July 13, 2012<br>Miami, Florida | LALCHANDANI SIMON PL<br><br>By:   /s/ Danny Simon<br>Danny Simon (Bar No.: 0016244)<br>danny@lalchandanisimon.com<br>Kubs Lalchandani (Bar No.: 63966)<br>kubs@lalchandanisimon.com<br>990 Biscayne Boulevard, Office 503<br>Miami, Florida 33132<br>Tel:   (305) 999-5291<br>Fax:   (305) 671-9282<br><br>-and-<br><br>COHEN & GRESSER LLP<br>Donald M. Badaczewski<br>dbadaczewski@cohengresser.com<br>800 Third Avenue, 21st Floor<br>New York, New York 10022<br>Tel:   (212) 957-7600<br>Fax:   (212) 957-4514<br><br>*Attorneys for Appellant Theodore B. Gould as General Partner on behalf of Miami Center Limited Partnership* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the APPELLANT'S NOTICE OF NINETY DAYS EXPIRING was served on the appellee listed below via the Court's CM/ECF electronic filing and First Class U.S. Mail on July 13, 2012.

          /s/ Danny Simon
Danny Simon

| | |
|---|---|
| Robert C. Furr, in his capacity as Chapter 7 Trustee: | FURR & COHEN, P.A. <br> Marc P. Barmat <br> mbarmat@furrcohen.com <br> One Boca Place, Suite 337 West <br> 2255 Glades Road <br> Boca Raton, Florida 33431 <br> Tel:    561.395.0500 <br> Fax:    561.338.7532 |
| Liberty Mutual Insurance Company | MILLS PASKERT DIVERS <br> Ali Adams Campbell <br> aadamscampbell@mpdlegal.com <br> 100 N. Tampa Street, Suite 3700 <br> Tampa, FL  33602 <br> Tel:    813.229.3500 <br> Fax:    813.229.3502 |